IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CTP INNOVATIONS, LLC, | ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:13-cv-586 ) |
| WALSWORTH PUBLISHING COMPANY, INC. | ) JUDGE HAYNES ) ) JURY TRIAL DEMANDED |
| Defendant. | ) ) |

*Handwritten annotation:* Counsel — The motion is GRANTED and this action is ADMINISTRATIVELY CLOSED but may be reopened upon motion of any party at the conclusion of the PTAB proceeding. /s/ 8-7-13

## JOINT MOTION TO STAY OR CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiff CTP Innovations, LLC and Defendant Walsworth Publishing Company, Inc. jointly move the Court to stay or continue the date for the initial case management conference currently scheduled for August 9, 2013 at 2:00 p.m. The parties have previously filed their Joint Motion to Stay Case Pending Determination of Inter Partes Review Proceedings (Doc. No. 10) in which they seek a stay of this case pending determination by the United States Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB") of two petitions seeking to invalidate the two patents-in-suit: U.S. Patent Nos. 6,611,349 and 6,738,155. In light of the parties' joint request to stay the case, the parties respectfully request that the Court to stay or continue the case management conference in the interest of judicial economy and resources of the parties. If the Court grants the motion to stay, the deadlines set at the case management conference would be rendered moot and would need to be reset in the future.

WHEREFORE, the parties respectfully request that the Court stay or continue the case management conference pending determination of the parties' Joint Motion to Stay Case Pending Determination of Inter Partes Review Proceedings.

N SFM 974086 v1
2926018-000055 08/06/2013
N SFM 974131 v1
2926018-000055 08/07/2013
Case 3:13-cv-00586   Document 11   Filed 08/07/13   Page 1 of 3 PageID #: 121
Case 3:13-cv-00586   Document 13   Filed 08/08/13   Page 1 of 1 PageID #: 126